**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| MCOM IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEMENOS AG and TEMENOS U.S.A., INC., <br><br> Defendant. | Civil Action No. 6:22-cv-00263-ADA |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given of the entry of the undersigned as counsel for Temenos U.S.A., Inc., Defendant in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

J. Stephen Ravel
Texas State Bar No. 16584975
Kelly Ransom
Texas State Bar No. 24109427
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Fax: (512) 495-6401
Email: steve.ravel@kellyhart.com
Email: kelly.ransom@kellyhart.com

Dated: March 29, 2022

Respectfully submitted,

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
Kelly Ransom
Texas State Bar No. 24109427
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Fax:  (512) 495-6401
Email:  steve.ravel@kellyhart.com
Email:  kelly.ransom@kellyhart.com

*Attorneys for Defendant Temenos U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on March 29, 2022.

*/s/ J. Stephen Ravel*
J. Stephen Ravel