# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MCOM IP, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. 6:22-cv-00263-ADA |
| v. | ) | |
| | ) | |
| TEMENOS AG and TENEMOS U.S.A., INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
|     Defendant. | ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(ii), the Plaintiff, mCom IP, LLC hereby files this notice of dismissal of this action for all of Plaintiff's claims and ALL Defendants, as neither Defendant has filed an Answer, or filed a Motion for Summary Judgment. The Plaintiff stipulates and agrees that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent and each party shall bear its own costs, expenses and attorneys' fees.

Dated: March 2, 2023

                                            Respectfully submitted,

                                            */s/ William P. Ramey, III*

                                            William P. Ramey, III
                                            Texas Bar No. 24027643
                                            **Ramey LLP**
                                            5020 Montrose Blvd., Suite 800
                                            Houston, Texas 77006
                                            (713) 426-3923
                                            wramey@rameyfirm.com

                                            *Attorneys for mCom IP, LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of March 2, 2023, with a copy of the foregoing via email and ECF filing.

*/s/ William P. Ramey, III*
William P. Ramey, III